IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-433-SLR |
| | ) |
| FIVE THOUSAND NINE HUNDRED FORTY FIVE DOLLARS AND NO CENTS ($5,945.00) IN UNITED STATES CURRENCY, | ) ) ) ) |
| | ) |
|     Defendant. | ) |

**ORDER**

At Wilmington this 22nd day of April, 2008, there having been no activity in the above-captioned case since July 5, 2007;

IT IS ORDERED that, on or before **May 23, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                                                                      _____
                                                                                                       United States District Judge