IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-433 SLR |
| FIVE THOUSAND NINE HUNDRED FORTY FIVE DOLLARS AND NO CENTS ($5,945.00) IN UNITED STATES CURRENCY | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Lesley F. Wolf in place of Douglas E. McCann, as the attorney for the plaintiff, United States of America, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

        By: /s/ Lesley F. Wolf
        Lesley W. Wolf
        Assistant United States Attorney
        The Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, Delaware 19899-2046
        (302) 573-6277

Dated: May 1, 2008