IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-433-SLR |
| FIVE THOUSAND NINE HUNDRED AND FORTY FIVE DOLLARD AND NO CENTS ($5,945) IN UNITED STATES CURRENCY, | : |
| Defendant. | : |

### ORDER

WHEREAS, a Verified Complaint in Rem was filed on July 14th, 2006 (D.I. 1). The Complaint alleged that the Defendant in rem were forfeit to the United States because it is the proceeds of narcotics distribution in violation of 21 U.S.C. § 841 and 21 U.S.C. § 881(a)(6);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, notice of said forfeiture action and arrest was sent to Nigel Baptiste, person with an alleged interest in the property. (D.I. 8, ¶4).

WHEREAS, no claims or responses were filed against the Defendants in rem, as required by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

NOW, THEREFORE, IT IS HEREBY ORDERED this ____ day of August, 2008, that:

(1) the United States' Motion for Default Judgment is GRANTED;

(2) a Judgment and Decree of Forfeiture be entered by the Clerk pursuant to Fed. R. Civ. P. 58 for the United States and against the Defendant in rem as follows:

(a) the Defendant <u>in rem</u> is forfeit to the United States of America and all right, title or interest in the property shall be disposed of in accordance with the terms of 21 U.S.C. § 881(a)(6), and other applicable law, and all other claims and interest in said property are forever foreclosed and barred.

(b) that the United States Marshal dispose of said property in the manner provided for upon forfeiture of personalty under applicable law.

*/s/ Sue L. Robinson*
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE